UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CR.  11-10021 |
| Plaintiff, | : | |
| -vs- | : | **DEFENDANT'S MOTION** |
| | : | FOR THIRD PARTY CUSTODY |
| MICHAEL SEIBEL, | : | RELEASE AND NOTICE |
| | : | OF HEARING |
| Defendant. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW the above-named Defendant, Michael Seibel, by and through his retained counsel, Attorney, Patricia A. Carlson, P.O. Box 1235, Pierre, SD, and moves the Court for an Order allowing the Defendant to be released into the custody of the following individual pending trial in this matter:

> Monte Hauck
> \*\*\*\*\*\*\*\*\*\*
> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
> \*\*\*\*\*\*\*\*\*\*, SD
> DOB: \*\*\*\*\*\*\*\*\*
> SSN: \*\*\*-\*\*-6814

The above-referenced individual is a fit and proper person to be Defendant's custodian herein on the grounds and for the reasons that he knows the nature and extent of the charges against the Defendant; he has no substantial criminal record; he has no physical or mental disabilities which would prevent him from exercising proper supervision over the Defendant; he is willing to ensure Defendant's attendance at all scheduled hearings; and he is willing to insure that Defendant complies with all conditions of release and will immediately report any violations of the same by Defendant.

The proposed custodian has no minor children residing in his home.

NOTICE OF HEARING

Please take Notice that the above-referenced matter has been set for hearing before the William Gerdes, Federal Magistrate Judge, at 2:45 p.m. in the Courtroom of the Federal Courthouse, Aberdeen, SD, on Tuesday, April 20, 2011.

DATED this 19th day of April, 2011.

    __/s/ Patricia A. Leary Carlson___
    Patricia A. Leary Carlson
    P.O. Box 1235
    Pierre, SD 57501
    (605) 224-5853
    Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of April, 2011, she served a true and correct copy of the foregoing Motion for Third Party Custody Release and Notice of Hearing on Mikal Hanson, Assistant U.S. Attorney, by hand delivery or electronic transmission to him .

    _/s/ Patricia A. Leary Carlson_____
    Patricia A. Leary Carlson
    Attorney at Law